IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01219-JLK-NYW

**JOHNATHAN E. FRANCO, M.D.,**

      Plaintiff,

v.

**BANNER HEALTH, an Arizona nonprofit corporation d/b/a/ Big Thompson Medical Group, Inc., a wholly owned subsidiary of Banner Health,**

      Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER has come before the Court on the Stipulated Motion to Dismiss with Prejudice (Doc. 24).  The Court being fully advised, hereby GRANTS the Motion and ORDERS that pursuant to Fed.R.Civ.P. Rule 41(a), the above-captioned action is dismissed with prejudice, each party to bear his or its own attorney fees and costs.

DATED this 30th day of March, 2016.

_____
John L. Kane
Senior U.S. District Court Judge